**Patricia A. Law (SBN 163661)**　　　　　　　　　　　**JS-6**
**LAW OFFICES OF PATRICIA A. LAW**
4371 Latham Street, Suite 205
Riverside, California  92501
Phone:  (951) 683-8320
Fax:     (951) 683-8321
trishlaw@linkline.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| JAMES ANDERSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CRAIG GARRICK; AVIATION ASSURANCE COMPANY LLC; THE PRATT & WHITNEY COMPANY, INC.; SOUTHERN CALIFORNIA AVIATION LLC; PAUL OESCHSLI; WILLIAM MONTANILE ;and DOES l through 200, inclusive,<br><br>　　　　Defendants. | CASE NO: EDCV09-00932 VAP (MANx)<br><br>Honorable Virginia A. Phillips<br>Courtroom 2<br><br>ORDER ON STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT |

　　IT IS HEREBY ORDERED, pursuant to the Stipulation of Dismissal of Plaintiff's Complaint, that plaintiff's Complaint in the above-entitled action be and hereby is dismissed, with prejudice, pursuant to FRCP Rule 41(a)(1) as to all defendants and the entire action. All parties to bear their own respective costs and fees.

DATED:　　March 24, 2010
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. VIRGINIA  A. PHILLIPS
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE